DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIETTE PREVIL,**
Appellant,

v.

**GEOVERA SPECIALITY INSURANCE COMPANY,**
Appellee.

No. 4D20-2075

[October 14, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-lisa Phillips, Judge; L.T. Case No. 062018CA016963AXXXCE.

Erin M. Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

Andrew A. Labbe and Patrick J. Carleton of Groelle & Salmon P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***